UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRANK HEARRING,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM GITTERE, et al.,<br><br>    Defendants. | Case No.: 3:24-cv-00004-ART-CLB<br><br>**ORDER** |

On January 3, 2024, pro se plaintiff Frank Hearring, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and filed a completed financial certificate and an inmate trust fund account statement for the previous six-month period. (ECF Nos. 1-1, 1-3). But Plaintiff did not file an application to proceed *in forma pauperis* along with his financial documents.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until February 5, 2024**, to **either** file a completed application to proceed *in forma pauperis* for an inmate on the Court's approved form, with the inmate's two signatures on page 3; **or** pay the full $405 filing fee.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Frank Hearring the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint and exhibits (ECF Nos. 1-1, 1-2) but not file them at this time.

DATED THIS __4th__ day of __January__ 2024.

_____
UNITED STATES MAGISTRATE JUDGE