**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

FRANK HEARRING,

Plaintiff,

v.

WILLIAM GITTERE, *et al.*,

Defendants.

Case No. 3:24-CV-00004-CLB

**ORDER STRIKING DISCOVERY DOCUMENTS**

[ECF No. 29]

Plaintiff filed a document containing requests for production of discovery from Defendants on the docket. (ECF No. 29.) However, discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-7; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. During a Case Management Conference in this case held on January 7, 2026, the Court explicitly mentioned that "discovery should not be filed on the docket[.]" (ECF No. 26 at 2.) This Court reiterated this requirement in the Scheduling Order and Discovery Plan entered by the Court on January 12, 2026, by stating "[d]iscovery requests must be served by the parties pursuant to Fed. R. Civ. P. 5. Discovery requests and responses must not be filed with the court unless such discovery is submitted in support of or in response to a motion. LR 26-7." (ECF No. 27 at 2.)

Accordingly, the Court **STRIKES** the above-referenced document, (ECF No. 29), and instructs Plaintiff to refrain from filing discovery documents on the docket in the future absent a Court order that he do so.

**IT IS SO ORDERED.**

**DATED:** April 24, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**