AARON D. FORD
Attorney General
KYLE L. HILL, Bar No.16094
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants Ruby (Cordero) Arroyo, Scott Boone, Tasheena Cooke, Christopher Coulston, James Dzurenda, Michael Minev, and Autumn Snow*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRANK HEARRING,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GITTERE, *et al*,<br><br>Defendants. | Case No. 3:24-cv-00004-CLB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 32] |

Defendants, Ruby (Cordero) Arroyo, Scott Boone, Tasheena Cooke, Christopher Coulston, James Dzurenda, Michael Minev, and Autumn Snow, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General, Office of the Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment. This is the first request to extend the subject deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. FACTUAL ANALYSIS

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender, Frank Hearring (Hearring). On January 12, 2026, this Court entered a scheduling order with a discovery deadline of July 6, 2026, and a dispositive motion deadline of 30 days

following the discovery deadline, or August 5, 2026. ECF No. 27.

Counsel for Defendants currently has two dispositive motions due on August 5, 2026, one for the current matter and another in USDC Case No. 3:24-cv-00108-ART-CSD. Further, another dispositive motion is also due on August 6, 2026, in USDC Case No. 3:23-cv-00635-MMD-CSD. Because of the number of dispositive motions currently due this week, undersigned counsel is unable to complete and have ready to file the dispositive motion in this matter.

Further, undersigned counsel returned from an extended leave of absence for medical reasons in July 2026, and has been diligent in reviewing and working on a large number of different matters, but due to the time needed to get fully caught up on counsel's case load, has been unable to finish and have the dispositive motion in this matter ready for filing.

## II. ARGUMENT

Defense counsel respectfully requests a fourteen (14) day extension of time to file Defendants' dispositive motion from the current deadline of August 19, 2025, until February 12, 2025.

Defense Counsel has been diligently working on this matter, however, due to continuation of the medical issues and holiday delays in communication, good cause is met for an extension to be granted.

### A. Current Deadlines

Dispositive motion deadline: August 5, 2026

Joint pretrial order (if no dispositive motions filed): September 4, 2026

### B. Proposed Deadlines

Dispositive motion deadline: August 19, 2026

Joint pretrial order (if no dispositive motions filed): September 18, 2026

### C. Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists as follows for the extension.

LR 26-3. Additionally, counsel for Defendants needs additional time due to increased schedule of dispositive motions due in different matters and having recently returned to work from an extended leave of absence due to medical reasons.

Defendants seek an additional fourteen (14) days to file the instant dispositive motion in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time. This is the first request to extend the subject deadline.

## III. CONCLUSION

Defendants respectfully request this Court extend the deadline for dispositive motion in this matter. Defendants assert the requisite good cause is present to warrant an extension of time. Therefore, Defendants request additional time, up until **August 19, 2026**, to file dispositive motions in this matter.

DATED this 4th day of August 2026.

AARON D. FORD
Attorney General

By: */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Good cause appearing, Defendants' motion to extend the deadline to file their motion for summary judgment, (ECF No. 32), is **GRANTED**. Defendants shall file their motion on or before **August 19, 2026**.

**IT IS SO ORDERED.**

**DATED:** August 6, 2026

UNITED STATES MAGISTRATE JUDGE