**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| FRANK HEARRING,<br>Plaintiff,<br>v.<br>TASHEENA COOKE, *et al.*,<br>Defendants. | Case No. 3:24-CV-00004-CLB<br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br>[ECF No. 40] |

Currently pending before the Court are Plaintiff Frank Hearring's ("Hearring") motion for counsel, (ECF No. 38), and motion for default judgment, (ECF No. 40). However, on November 18, 2026, Defendants filed a notice of appeal of the Court's Order granting in part and denying in part Defendants' motion for summary judgment, (ECF No. 37). (ECF No. 39.) Thus, this case is currently on appeal to the Ninth Circuit Court of Appeals. "Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed." *Natural Resources Defense Council, Inc., v. Southwest Marine Inc.*, 242 F.3d 1163, 1166 (9th Cir. 2001) (citing *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) (per curiam); *McClatchy Newspapers v. Central Valley Typographical Union No. 46,* 686 F.2d 731, 734 (9th Cir. 1982)). Therefore, the Court cannot consider Hearring's motions because jurisdiction has been divested from the Court pending the resolution of the appeal.

Consequently, Hearring's motion for counsel, (ECF No. 38), and motion for default judgment, (ECF No. 40), are **DENIED**. Hearring may refile such motions after the appeal is resolved and jurisdiction is returned to this Court.

**IT IS SO ORDERED.**

**DATED**: November 24, 2026.

UNITED STATES MAGISTRATE JUDGE